# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH EVANS, | |
| Plaintiff, | NO. 3:18-CV-1561 |
| v. | (JUDGE CAPUTO) |
| LIBETIME LIBERTY GROUP, *et al.*, | |
| Defendants. | (MAGISTRATE JUDGE SCHWAB) |

## ORDER

**NOW**, this 31st day of July, 2019, upon review of the Report and Recommendation (Doc. 28) of Magistrate Judge Susan E. Schwab for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 28) is **ADOPTED**.

(2) Plaintiff's Motion for Voluntary Dismissal (Doc. 27) is **GRANTED**.

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge